ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEER CREEK APARTMENTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:98-CV-1552-D |
| VS. | § | |
| | § | |
| WMF/HUNTOON, PAIGE | § | |
| ASSOCIATES, LTD., | § | |
| | § | |
| Defendant. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 16 1999
NANCY DOHERTY, CLERK
By _____ Deputy

## ORDER

A stipulation of dismissal having been filed in this civil action on September 16, 1999, the court, pursuant to Fed. R. Civ. P. 41(a), dismisses this action in accordance with the terms of the stipulation of dismissal. This order is entered pursuant to local civil rule 41.1 ("A notice or stipulation of dismissal must be accompanied by a proposed order of dismissal"), and the clerk of court shall consider this action to be closed.

**SO ORDERED**.

September 16, 1999.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE



ENTERED ON DOCKET
SEP 17 1999
U.S. DISTRICT CLERK'S OFFICE